# U.S. District Court
# District of Idaho (LIVE) NextGen 1.9 (Boise − Southern)
# CRIMINAL DOCKET FOR CASE #: 1:26−mj−00211−DKG All Defendants

Case title: USA v. Chan

Date Filed: 08/25/2026

Other court case numbers: 1:26−mj−212 District of Idaho
26−mj−227 District of Oregon

Date Terminated: 08/27/2026

Assigned to: US Magistrate Judge Debora K Grasham

**Defendant (1)**

**Taylor Jamie Chan**
*TERMINATED: 08/27/2026*

represented by **Angela Chang**
Bartlett Law
1002 W. Franklin St.
Boise, ID 83702
208−629−2311
Email: angela@bartlettdefense.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**

represented by **Kassandra McGrady**
United States Attorney's office
1290 West Myrtle Street, Suite 500
Boise, ID 83702
208−334−9129
Email: kassandra.mcgrady@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 08/25/2026 | 1 | Rule 5(c)(3) Documents Received from the District of Oregon case no. 3:26−mj−227 as to Taylor Jamie Chan (Notice sent to USP & USM) (Attachments: # 1 Court docket, # 2 Sealed warrant)(jd) |
| 08/25/2026 | 2 | DOCKET ENTRY NOTICE OF HEARING as to Taylor Jamie Chan (Notice sent to USP & USM) Initial Appearance − Rule 5(c)(3) set for 8/27/2026 12:15 PM in Boise − Courtroom 6 before US Magistrate Judge Debora K Grasham. (at) |
| 08/26/2026 | 3 | Criminal Cover Sheet re. 2 Notice of Hearing (ac) |
| 08/27/2026 | 4 | Docket Text Minute Entry for proceedings held before US Magistrate Judge Debora K Grasham: Appearance by Darci Crane for the Government; CJA Counsel Angela Chang appointed for the Defendant. Probation Officer Collin Graf present. Initial Appearance in Rule 5(c)(3) Proceedings as to Taylor Jamie Chan held on 8/27/2026. Court reviewed CJA23 Financial Affidavit. Notice given re: GO#392 − Brady Act. Waiver of Rule 5(c)(3) Hearing executed. Defendant elects to have preliminary hearing held in the District of Oregon. No Motion for Detention filed by the Government. Parties agree to release conditions as proposed by Pretrial Services. Order Setting Conditions of Release entered. Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail also entered. (Notice sent to USP & USM) Time in Court 12:47−1:02 PM. (ESR A. Tate.) Audio File Location Boise − Courtroom 6. (at) (Entered: 08/31/2026) |
| 08/27/2026 | 5 | DOCKET TEXT DUE PROCESS PROTECTIONS ACT ORDER as to Taylor Jamie Chan: The Government shall adhere to all provisions of General Order #392. Signed by US Magistrate Judge Debora K Grasham. (at) (Entered: 08/31/2026) |
| 08/27/2026 | 6 | CJA 23 Financial Affidavit by Taylor Jamie Chan (at) (Entered: 08/31/2026) |
| 08/27/2026 | 7 | WAIVER of Rule 5(c)(3) Hearing by Taylor Jamie Chan (Notice sent to USP & USM) (at) (Entered: 08/31/2026) |
| 08/27/2026 | 8 | ORDER Setting Conditions of Release as to Taylor Jamie Chan (Notice sent to USP & USM). Signed by US Magistrate Judge Debora K Grasham. (at) (Entered: 08/31/2026) |
| 08/27/2026 | 9 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Taylor Jamie Chan (Notice sent to USM). Signed by US Magistrate Judge Debora K Grasham.((lm) (Entered: 09/01/2026) |
| 08/27/2026 | 10 | Notice to Oregon of a Rule 5 or Rule 32 Initial Appearance as to Taylor Jamie Chan. Your case number is: 3:26−mj−00227−2. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text−only entries via the case number link. The clerk will transmit restricted documents via email. (If you require certified copies of any documents, please send a request to InterdistrictTransfer_IDD@id.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (lm) (Entered: 09/01/2026) |

MIME−Version:1.0
From:ecf@id.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
−−Case Participants: Angela Chang (angela@bartlettdefense.com, dzenita@bartlettdefense.com, lisa@bartlettdefense.com), Kassandra McGrady (caseview.ecf@usdoj.gov, christy.bright@usdoj.gov, kassandra.mcgrady@usdoj.gov, usaid.ecfnotice@usdoj.gov), US Magistrate Judge Debora K Grasham (debora_grasham@id.uscourts.gov)
−−Non Case Participants: Pretrial Probation (pretrial@idp.uscourts.gov), US MARSHAL (ecf.idaho@usdoj.gov), US PROBATION SOUTHERN (boise@idp.uscourts.gov, travis.humkey@usdoj.gov)
−−No Notice Sent:

Message−Id:2906111@id.uscourts.gov
Subject:Activity in Case 1:26−mj−00211−DKG USA v. Chan Notice of Hearing
Content−Type: text/html

**U.S. District Court**

**District of Idaho (LIVE) NextGen 1.9**

## Notice of Electronic Filing

The following transaction was entered on 8/25/2026 at 5:00 PM MDT and filed on 8/25/2026

| | |
|---|---|
| **Case Name:** | USA v. Chan |
| **Case Number:** | 1:26−mj−00211−DKG |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
**DOCKET ENTRY NOTICE OF HEARING as to Taylor Jamie Chan (Notice sent to USP & USM) Initial Appearance − Rule 5(c)(3) set for 8/27/2026 12:15 PM in Boise − Courtroom 6 before US Magistrate Judge Debora K Grasham. (at)**

**1:26−mj−00211−DKG−1 Notice has been electronically mailed to:**

Angela Chang     angela@bartlettdefense.com, dzenita@bartlettdefense.com, Lisa@bartlettdefense.com

Kassandra McGrady     kassandra.mcgrady@usdoj.gov, CaseView.ECF@usdoj.gov, christy.bright@usdoj.gov, USAID.ECFNOTICE@usdoj.gov

**1:26−mj−00211−DKG−1 Notice will be served by other means to:**

# CRIMINAL COVERSHEET

DEFENDANT'S NAME: **Taylor Jamie Chan**

CASE INFORMATION: 1:26-mj-00211-DKG

JUVENILE: No

PUBLIC or SEALED: Public

SERVICE TYPE: Warrant
(Summons/ Warrant/ Notice)

ISSUE:

INTERPRETER:

If YES, language:

RELATED COMPLAINT: Yes

CASE NUMBER: 3:26-mj-00227

County of Offense: Clackamas, Oregon

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: Complaint, District of Oregon

Felony: **Yes**

Class A Misdemeanor: **No**

Class B or C Misdemeanor: **No**
(Petty Offense)

| **STATUTE** (Title and Section(s)) | **COUNT/ FORFEITURE ALLEGATION** | **BRIEF DESCRIPTION** | **PENALTIES** (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. § 1349** | **One** | **Conspiracy to Commit Wire Fraud** | **20 years, 3 years supervised release, $250,000.00 fine, $100 Special Assessment** |
| **18 U.S.C. § 1343** | **Two** | **Wire Fraud** | **20 years, 3 years supervised release, $250,000.00 fine, $100 Special Assessment** |

Date: 26 August 2026

Assistant U.S. Attorney: **Darci Crane**

Telephone No.: (208) 334-1144

MIME−Version:1.0
From:ecf@id.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
−−Case Participants: Angela Chang (angela@bartlettdefense.com, dzenita@bartlettdefense.com, lisa@bartlettdefense.com), Kassandra McGrady (caseview.ecf@usdoj.gov, christy.bright@usdoj.gov, kassandra.mcgrady@usdoj.gov, usaid.ecfnotice@usdoj.gov), US Magistrate Judge Debora K Grasham (debora_grasham@id.uscourts.gov)
−−Non Case Participants: US MARSHAL (ecf.idaho@usdoj.gov), US PROBATION SOUTHERN (boise@idp.uscourts.gov, boise@idp.uscourts.gov, boise@idp.uscourts.gov, travis.humkey@usdoj.gov, travis.humkey@usdoj.gov, travis.humkey@usdoj.gov)
−−No Notice Sent:

Message−Id:2908407@id.uscourts.gov
Subject:Activity in Case 1:26−mj−00211−DKG USA v. Chan Initial Appearance − Rule 5(c)(3)/Rule 32
Content−Type: text/html

**U.S. District Court**

**District of Idaho (LIVE) NextGen 1.9**

## Notice of Electronic Filing

The following transaction was entered on 8/31/2026 at 5:09 PM MDT and filed on 8/27/2026

| | |
|---|---|
| **Case Name:** | USA v. Chan |
| **Case Number:** | 1:26−mj−00211−DKG |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**Docket Text Minute Entry for proceedings held before US Magistrate Judge Debora K Grasham: Appearance by Darci Crane for the Government; CJA Counsel Angela Chang appointed for the Defendant. Probation Officer Collin Graf present. Initial Appearance in Rule 5(c)(3) Proceedings as to Taylor Jamie Chan held on 8/27/2026. Court reviewed CJA23 Financial Affidavit. Notice re: GO#392 − Brady Act given. Waiver of Rule 5(c)(3) Hearing executed. Defendant elects to have preliminary hearing held in the District of Oregon. No Motion for Detention filed by the Government. Parties agree to release conditions as proposed by Pretrial Services. Order Setting Conditions of Release entered. Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail also entered. (Notice sent to USP & USM) Time in Court 12:47−1:02 PM. (ESR A. Tate.) Audio File Location Boise − Courtroom 6. (at)**

**1:26−mj−00211−DKG−1 Notice has been electronically mailed to:**

Angela Chang     angela@bartlettdefense.com, dzenita@bartlettdefense.com, Lisa@bartlettdefense.com

Kassandra McGrady     kassandra.mcgrady@usdoj.gov, CaseView.ECF@usdoj.gov, christy.bright@usdoj.gov, USAID.ECFNOTICE@usdoj.gov

**1:26−mj−00211−DKG−1 Notice will be served by other means to:**

MIME−Version:1.0
From:ecf@id.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
−−Case Participants: Angela Chang (angela@bartlettdefense.com, dzenita@bartlettdefense.com, lisa@bartlettdefense.com), Kassandra McGrady (caseview.ecf@usdoj.gov, christy.bright@usdoj.gov, kassandra.mcgrady@usdoj.gov, usaid.ecfnotice@usdoj.gov), US Magistrate Judge Debora K Grasham (debora_grasham@id.uscourts.gov)
−−Non Case Participants:
−−No Notice Sent:

Message−Id:2908409@id.uscourts.gov
Subject:Activity in Case 1:26−mj−00211−DKG USA v. Chan DUE PROCESS PROTECTIONS ACT ORDER
Content−Type: text/html

**U.S. District Court**

**District of Idaho (LIVE) NextGen 1.9**

## Notice of Electronic Filing

The following transaction was entered on 8/31/2026 at 5:10 PM MDT and filed on 8/28/2026

| | |
|---|---|
| **Case Name:** | USA v. Chan |
| **Case Number:** | 1:26−mj−00211−DKG |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
**DOCKET TEXT DUE PROCESS PROTECTIONS ACT ORDER as to Taylor Jamie Chan: The Government shall adhere to all provisions of General Order #392. Signed by US Magistrate Judge Debora K Grasham. (at)**

**1:26−mj−00211−DKG−1 Notice has been electronically mailed to:**

Angela Chang     angela@bartlettdefense.com, dzenita@bartlettdefense.com, Lisa@bartlettdefense.com

Kassandra McGrady     kassandra.mcgrady@usdoj.gov, CaseView.ECF@usdoj.gov, christy.bright@usdoj.gov, USAID.ECFNOTICE@usdoj.gov

**1:26−mj−00211−DKG−1 Notice will be served by other means to:**

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

for the

District of Idaho

United States of America
v.
TAYLOR JAMIE CHAN
*Defendant*

Case No. 1:26-mj-00211-DKG-1

Charging District's Case No. 3:26-mj-227

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Oregon.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☑ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 08/27/2026

X Tay
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

ANGELA CHANG
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | | |
|---|---|---|
| United States of America<br>v.<br>Taylor Jamie Chan<br>*Defendant* | ) | Case No. 0976 1:26-00211M-001 |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed by U.S. Probation to serve a sentence that the court may impose.

The defendant must appear at: Mark O. Hatfield United States Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2802
*Place*

on September 10, 2026 at 1:30 PM before the Duty U.S. Magistrate Judge
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

DEFENDANT: Taylor Jamie Chan

## ADDITIONAL CONDITIONS OF RELEASE

6. The defendant must submit to supervision by and report for supervision to Pretrial Services as directed.

7. The defendant must continue or actively seek employment or enroll in an educational program.

8. The defendant must surrender any passport to Pretrial Services.

9. The defendant must not obtain a passport or other international travel document.

10. The defendant must abide by the following restrictions on personal association, residence or travel. The defendant's travel shall be restricted to the Northern District of California for supervision purposes, the District of Oregon for Court matters, and as approved by pretrial services.

11. The defendant must avoid all contact, directly or indirectly, with any person who is known to be a victim or witness in the investigation or prosecution, including any co-defendants or co-conspirators.

12. The defendant must not possess a firearm, ammunition, destructive device, or other weapon.

13. The defendant must not use or possess alcohol at all.

14. The defendant may not frequent establishments where alcohol is the primary item of sale.

15. The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 § 802, unless prescribed by a licensed medical practitioner. The defendant must not use or unlawfully possess drug paraphernalia.

16. The defendant must submit to testing for a prohibited substance if required by the Pretrial Services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to breathalyzers, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing. The defendant must pay all or part of the cost of testing based upon their ability to pay as determined by the Pretrial Services office or supervising officer.

17. The defendant must participate in a substance abuse assessment and participate in a program of inpatient or outpatient substance use treatment if directed by the Pretrial Services office or the supervising officer. The defendant must pay all or part of the cost of the assessment and treatment based upon their ability to pay as determined by the pretrial services officer.

18. The defendant must report as soon as possible to the Pretrial Services officer or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

19. The defendant must provide the Pretrial Services officer with any requested financial information and shall not open any new lines of credit without the Pretrial Services officer's approval.

20. The defendant must maintain current residence and shall not move or change residences without prior approval of the Pretrial Services officer.

21. The defendant shall have no contact with any persons known to be engaged in criminal activity, or who are using or possessing any controlled substances.

22. The defendant shall not possess or use a device with internet access, or access the internet, without the prior permission from the Pretrial Services officer. The defendant may only possess one cellphone.

23. The defendant must not use any online dating sites, social media applications or dating applications.

DEFENDANT: Taylor Jamie Chan

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

x Tay

*Defendant's Signature*

Boise, Id

*City and State*

### Directions to the United States Marshal

( X ) The defendant is ORDERED released after processing.

( ☐ ) The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

8/27/2026

*Date*

[signature]

*Judicial Officer's Signature*

Debora K. Grasham, United States Magistrate Judge

*Printed name and title*

DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICE U.S. ATTORNEY U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Idaho

United States of America
v.
TAYLOR JAMIE CHAN

*Defendant*

Case No. 1:26-mj-00211-DKG

Charging District: District of Oregon
Charging District's Case No. 3:26-mj-00227-2

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: Mark O. Hatfield United States Courthouse<br>1000 Southwest Third Avenue<br>Portland, OR 97204-2802 | Courtroom No.: Duty U.S. Magistrate Judge |
| | Date and Time: 9/10/2026 1:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 08/27/2026

*Judge's signature*

Debora K. Grasham, United States Magistrate Judge
*Printed name and title*