**IN THE UNITED STATES DISTRICT OF COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TAYLOR JAMIE CHAN,**<br><br>**Defendant.** | **Case No. 3:26-mj-00227-2**<br><br>**ORDER APPOINTING COUNSEL PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT, 18 U.S.C. § 3006A**<br>**(CRIMINAL CASE)** |

IT IS ORDERED that CJA Panel Attorney Renee Manes is appointed effective August 28, 2026, pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as counsel.

DATED September 1, 2026.

Honorable Jeffrey Armistead
United States Magistrate Judge

PRESENTED BY:

Fidel Cassino-DuCloux
Fidel Cassino-DuCloux
Federal Public Defender