C. Renée Manes
AKB 8611121 / CAB 158528 / OSB 261938
The Gilbert Building
333 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 782-6691
Email: renee@reneemaneslaw.org

Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**DAEJON LABRAYAE LOVE and TAYLOR JAMIE CHAN,**

Defendants.

Case No. 3:26-MJ-227-2

**UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT BY TAYLOR JAMIE CHAN (SECOND)**

Taylor Jamie Chan, through his counsel, C. Renée Manes, moves this Court to continue his arraignment in the above-entitled case, which is presently scheduled for November 2, 2026, for a period of approximately thirty (3) days, which is December 2, 2026, or a date thereafter convenient for this Court.

Mr. Chan understands that he has been accused by way of complaint with Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349, and Wire Fraud, in violation of 18 U.S.C. § 1343, and that he is the second named defendant on that complaint. Mr. Chan first appeared in this district on these allegations on September 3, 2026, and was released on conditions pending resolution. The alleged co-conspirator, Daejon Labrayae Love, has been indicted in *United States v. Love*, 3:26-cr-00419-IM (D. Or.), and appeared on that indictment on October 13, 2026.

Mr. Chan has been advised and understands that he has a right to be indicted, or to have an information filed against him, within thirty (30) days of his initial appearance in this district on those charges. Having been advised of his rights, Mr. Chan waives his right to a speedy indictment and consents to prosecution by indictment or information at a later time.

This motion is unopposed by Assistant United States Attorneys Bryan Chinwuba and Chris Cardani.

RESPECTFULLY SUBMITTED this 26th day of October, 2026.

*/s/ C. Renée Manes*
C. Renée Manes
Attorney for Defendant