SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**CHRISTOPHER CARDANI, MASB #550609**
Christopher.Cardani@usdoj.gov
**MEREDITH D.M. BATEMAN, OSB #192273**
Meredith.Bateman@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-mj-00227** |
| **v.** | **NOTICE OF SUBSTITUTION OF ASSISTANT UNITED STATES ATTORNEY** |
| **DAEJON LABRAYAE LOVE and TAYLOR JAMIE CHAN,** | |
| **Defendants.** | |

Please be advised that the above-captioned case has been reassigned from Assistant United States Attorney Bryan Chinwuba to Assistant United States Attorneys Christopher Cardani and Meredith D.M Bateman, who can be contacted via e-mail at Christopher.Cardani@usdoj.gov and Meredith.Bateman@usdoj.gov.

/ / / /

/ / / /

/ / / /

/ / / /

Please remove AUSA Chinwuba from further service and electronic notices in this case.

Dated: October 28, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Christopher Cardani*
CHRISTOPHER CARDANI, MASB #550609
Assistant United States Attorney

*/s/ Meredith D.M Bateman*
MEREDITH D.M. BATEMAN, OSB #192273
Assistant United States Attorney